1
 R.G., Petitioner v. The People of the State of Colorado, Respondent In the Interest of Minor Children C.G. and N.G. No. 24SC337
Supreme Court of Colorado, En Banc
August 19, 2024
 
           Court
 of Appeals Case No. 23CA1613
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether the division erred in concluding that, under C.R.C.P.
 39(a)(3), Mother waived her right to an adjudicatory jury
 trial when she did not appear for the scheduled jury trial
 but her counsel was present and ready to proceed.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.